```
UNITED STATES BANKRUPTCY COURT
       MIDDLE DISTRICT OF TENNESSEE
```

In re:  Care Foundation of America, Inc.        )   Case No.: __08-12367__
        _____        )
                                                )   Judge: __Keith M. Lundin__
        _____        )
                                                )   Chapter 11
Debtor(s)                                       )

MONTHLY OPERATING REPORT FOR MONTH ENDING ___August 31___, __2010__.

Care Foundation of America, Inc._____, Debtor-In-Possession, submits its Monthly Operating Report for the period commencing 12/31/08 and ending August 31, 2010 as shown by the report and exhibits consisting of __11__ pages and containing the following, as indicated:

| | |
|---|---|
| __X__ | Monthly Reporting Questionnaire (Attachment 1) |
| __X__ | Comparative Balance Sheets (Forms OPR-1 & OPR-2) |
| __X__ | Summary of Accounts Receivable (Form OPR-3) |
| __X__ | Schedule of Postpetition Liabilities (Form OPR-4) |
| __X__ | Statement of Income (Loss) (Form OPR-5) |

I declare under penalty of perjury that this report and all attachments are true and correct to the best of my knowledge and belief.

Date: __9/7/10__

DEBTOR-IN-POSSESSION

By: __/S/_____

Title: __Vice President/Treasurer__

Address: __Two Brentwood Commons, Suite 150__

__750 Old Hickory Blvd__

__Brentwood, TN  37027__

Telephone Number: _____

Fax Number: _____

Email Address: _____

REV 10/200

CHAPTER 11
MONTHLY OPERATING REPORT
MONTHLY REPORTING QUESTIONNAIRE

CASE NAME: Care Foundation of America, Inc.

CASE NUMBER: 08-12367

MONTH OF: August 31, 2010

1. <u>Payroll</u>  State the amount of all executive wages paid and taxes withheld and paid.

| Name and Title of Executive | Wages Paid Gross | Wages Paid Net | Taxes Due | Taxes Paid |
|---|---|---|---|---|
| Tom Davenport – President | 6,541.67 | 5,053.74 | 1,487.93 | 1,487.93 |
| Joseph Keane – Vice President | 6,541.67 | 5,253.74 | 1,287.93 | 1,287.93 |
| Natalie Henley – Asst Treasurer | 6,802.00 | 5,614.89 | 1,187.11 | 1,187.11 |
| Total Executive Payroll: | $19,885.34 | 15,922.37 | 3,962.97 | 3,962.97 |

2. <u>Insurance</u>  Is workers' compensation and other insurance in effect? None
Are payments current? _____ If any policy has lapsed, been replaced or renewed, state so in the schedule below. Attach a copy of the new policy's binder or cover page.

| Type | Name of Carrier | Coverage Amount | Policy # | Expiration Date | Premium Amounts | Date Pd. Thru |
|---|---|---|---|---|---|---|
| Casualty | | | | | | |
| Workers' comp. | | | | | | |
| General liab. | | | | | | |
| Vehicle | | | | | | |

Other (specify):

Insurance for each facility has been submitted to the US Trustees office for review.

REV 10/2004

CASE NAME: Care Foundation of America, Inc.

CASE NUMBER: 08-12367

MONTH OF: August 2010

3. Bank Accounts

| | Operating | Tax | Other | Other | Total |
|---|---|---|---|---|---|
| Bank name | Regions | | Regions | Regions | |
| Account # | 0110448888 | | 0129142008 | 0110448764 | |
| Beginning book balance | $3,917.35 | | 4,079,661.20 | 143,687.59 | 4,227,266.14 |
| Plus: Deposits (Attach detailed listing) | | | 7,502.31 | 24.11 | 7,526.42 |
| Less: Disbursements (Attach detailed listing) | (35,184.46) | | | | (35,184.46) |
| Other: Transfers In (Out) | 39,928.65 | | | (39,928.65) | |
| Ending book balance | $8,661.54 | | 4,087,163.51 | $103,783.05 | 4,199,608.10 |

4. Postpetition Payments  List any postpetition payments to professionals and payments on prepetition debts in the schedule below (attach separate sheet if necessary).

| Payments To/On | Amount | Date | Check # | Order Date |
|---|---|---|---|---|
| Professionals (attorneys, accountants, etc.): | | | | |
| None | | | | |
| | | | | |
| Prepetition debts: | | | | |
| None | | | | |

REV 10/2004

CHAPTER 11
MONTHLY OPERATING REPORT
DETAILED LISTING OF RECEIPTS

CASE NAME: Care Foundation of America, Inc.

CASE NUMBER: 08-12367

MONTH OF: August 2010

BANK NAME: Regions     ACCOUNT #: 0110448888

Detail of Receipts:

| Date | Received From | Explanation | Amount |
|------|---------------|-------------|--------|
|      |               |             |        |

Total Receipts _____ *

*Must agree to "Deposits" line of Item 3 on Attachment 1 (Page 2).

REV 10/2004

CHAPTER 11
MONTHLY OPERATING REPORT
DETAILED LISTING OF DISBURSEMENTS

CASE NAME: Care Foundation of America, Inc.

CASE NUMBER: 08-12367

MONTH OF: August 2010

BANK NAME: Regions          ACCOUNT #: 0110448888

Detail of Disbursements:

| Date | Check # | Paid To/In Payment Of | Amount |
|---|---|---|---|
| 07/24/2010 | 20161 | U. S. Trustees | -13,650.00 |
| 08/01/2010 | | | -36.00 |
| 08/10/2010 | | Care Foundation, LLC | -5,484.18 |
| 08/10/2010 | | Care Foundation, LLC | -15,922.37 |
| 08/10/2010 | | Paychex | -91.91 |

Total Disbursements   $35,184.46   *

*Must agree to "Disbursements" line of Item 3 on Attachment 1 (Page 2).

REV 10/200

CHAPTER 11
MONTHLY OPERATING REPORT
DETAILED LISTING OF RECEIPTS

CASE NAME: Care Foundation Lessor/LLC

CASE NUMBER: 08-12376

MONTH OF: August 2010

BANK NAME: Regions                     ACCOUNT #: 0129142008

Detail of Receipts:

| Date | Received From | Explanation | Amount |
|---|---|---|---|
| 8/21/10 | Regions Bank | Interest Income | $7,502.31 |

Total Receipts  $7,502.31  *

*Must agree to "Deposits" line of Item 3 on Attachment 1 (Page 2).

REV 10/2004

CHAPTER 11
MONTHLY OPERATING REPORT
DETAILED LISTING OF DISBURSEMENTS

CASE NAME: Care Foundation Lessor/LLC

CASE NUMBER: 08-12376

MONTH OF: August 2010

BANK NAME: Regions                                    ACCOUNT #: 0129142008

Detail of Disbursements:

| Date | Check # | Paid To/In Payment Of | Amount |
|------|---------|----------------------|--------|
|      |         |                      |        |

Total Disbursements _____ *   *Must agree to "Disbursements" line of Item 3 on Attachment 1 (Page 2).

REV 10/2004

CHAPTER 11
MONTHLY OPERATING REPORT
DETAILED LISTING OF RECEIPTS

CASE NAME: Care Foundation of America, Inc.

CASE NUMBER: 08-12367

MONTH OF: August 2010

BANK NAME: Nashville Bank & Trust          ACCOUNT #: 0110448764

Detail of Receipts:

| Date | Received From | Explanation | Amount |
|---|---|---|---|
| 8/24/10 | Regions Bank | Interest | 24.11 |

Total Receipts          24.11          *Must agree to "Deposits" line of
                                       * Item 3 on Attachment 1 (Page 2).

REV 10/2004

CHAPTER 11
MONTHLY OPERATING REPORT
DETAILED LISTING OF DISBURSEMENTS

CASE NAME: Care Foundation of America, Inc.

CASE NUMBER: 08-12367

MONTH OF: August 2010

BANK NAME: Nashville Bank & Trust      ACCOUNT #: 0110448764

Detail of Disbursements:

| Date | Check # | Paid To/In Payment Of | Amount |
|------|---------|----------------------|--------|
|      |         |                      |        |

Total Disbursements _____ *   *Must agree to "Disbursements" line of Item 3 on Attachment 1 (Page 2).

REV 10/2004

FORM OPR-1
REV 10/2004

## COMPARATIVE BALANCE SHEETS

CASE NAME: Care Foundation Lessor/LLC

CASE NUMBER: 08-12369

MONTH ENDED: August 31, 2010

| ASSETS | MONTH<br>Feb 2010 | MONTH<br>Mar 2010 | MONTH<br>Apr 2010 | MONTH<br>May 2010 | MONTH<br>June 2010 | MONTH<br>July 2010 | MONTH<br>Aug 2010 |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | |
| Cash | 8,187,854.37 | 4,188,671.25 | 4,239,516.99 | 4,276,891.31 | 4,241,228.33 | 4,227,266.14 | 4,199,608.10 |
| Other negotiable instruments (i.e. CD's, Treasury bills, etc.) | | | | | | | |
| Accounts receivable, net (See OPR-3) | | | | | | | |
| Less allowance for doubtful accounts | | | | | | | |
| Inventory, at lower of cost or market | | | | | | | |
| Prepaid expenses and deposits | 7,345.50 | 7,345.50 | 7,345.50 | 7,345.50 | 7,345.50 | 7,345.50 | 7,345.50 |
| Investments | | | | | | | |
| Other: | | | | | | | |
| TOTAL CURRENT ASSETS | 8,195,199.87 | 4,196,016.75 | 4,246,862.49 | 4,284,236.81 | 4,248,573.83 | 4,234,611.64 | 4,206,953.60 |
| PROPERTY, PLANT&EQUIPMENT,AT COST (Note 1) | | | | | | | |
| Less accumulated depreciation | | | | | | | |
| NET PROPERTY, PLANT & EQUIPMENT | | | | | | | |
| OTHER ASSETS | | | | | | | |
| TOTAL ASSETS | 8,195,199.87 | 4,196,016.75 | 4,246,862.49 | 4,284,236.81 | 4,248,573.83 | 4,234,611.64 | 4,206,953.60 |

\* Itemize on separate page if value of "Other Assets" exceeds 10% of "Total Assets".

CASE NAME: Care Foundation Lessor/LLC  
CASE NUMBER: 08-12369

FORM OPR-2  
REV 10/2004

## COMPARATIVE BALANCE SHEETS

MONTH ENDED: August 31, 2010

| | MONTH Feb 2010 | MONTH Mar 2010 | MONTH Apr 2010 | MONTH May 2010 | MONTH June 2010 | MONTH July 2010 | MONTH Aug 2010 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST PETITION LIABILITIES (See OPR-4) | 20,664.59 | 14,577.91 | 13,977.41 | 18,944.83 | 24,330.25 | 24,567.75 | 23,891.75 |
| **PRE PETITION LIABILITIES** | | | | | | | |
| Priority debt | | | | | | | |
| Secured debt (Note 1) | | | | | | | |
| Unsecured debt | 26,762.21 | 26,762.21 | 26,762.21 | 60,348.66 | 60,348.66 | 60,348.66 | 60,348.66 |
| TOTAL PRE PETITION LIABILITIES | | | | | | | |
| TOTAL LIABILITIES | | | | | | | |
| **SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS | | | | | | | |
| Through filing date | 8,147,773.07 | 4,154,676.63 | 4,206,122.87 | 4,204,943.32 | 4,163,894.92 | 4,149,695.23 | 4,122,713.19 |
| Post filing date | | | | | | | |
| TOTAL SHAREHOLDERS' EQUITY | 8,195,199.87 | 4,196,016.75 | 4,246,862.49 | 4,284,236.81 | 4,248,573.83 | 4,234,611.64 | 4,206,953.60 |
| TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY | 8,195,199.87 | 4,196,016.75 | 4,246,862.49 | 4,284,236.81 | 4,248,573.83 | 4,234,611.64 | 4,206,953.60 |

FORM OPR-3
REV 10/2004

**SUMMARY OF ACCOUNTS RECEIVABLE**

CASE NAME: Care Foundation of America, Inc.

CASE NUMBER: 08-12367

MONTH ENDED: August 31, 2010

DATE OF FILING: _____

| | TOTAL | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|
| Allowance for doubtful accounts | { } | { } | { } | { } | { } |

MONTH: _____

| | | | | | |
|---|---|---|---|---|---|
| Allowance for doubtful accounts | { } | { } | { } | { } | { } |

MONTH: _____

| | | | | | |
|---|---|---|---|---|---|
| Allowance for doubtful accounts | { } | { } | { } | { } | { } |

MONTH: _____

| | | | | | |
|---|---|---|---|---|---|
| Allowance for doubtful accounts | { } | { } | { } | { } | { } |

MONTH: _____

| | | | | | |
|---|---|---|---|---|---|
| Allowance for doubtful accounts | { } | { } | { } | { } | { } |

MONTH: _____

| | | | | | |
|---|---|---|---|---|---|
| Allowance for doubtful accounts | { } | { } | { } | { } | { } |

MONTH: _____

| | | | | | |
|---|---|---|---|---|---|
| Allowance for doubtful accounts | { } | { } | { } | { } | { } |

NOTE: Total A/R and total allowance for doubtful accounts shown here must agree with the same items as shown on Form OPR-1.

**SCHEDULE OF POST PETITION LIABILITIES**

FORM OPR-4
REV 10/2004

CASE NAME: Care Foundation of America, Inc.
CASE NUMBER: 08-12367
MONTH ENDED: August 31, 2010

| | DATE INCURRED | DATE DUE | TOTAL DUE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|---|---|
| **TAXES PAYABLE** | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA | | | | | | | |
| Unemployment Tax | | | | | | | |
| Sales Tax | | | | | | | |
| Personal Property Tax | | | | | | | |
| TOTAL TAXES PAYABLE | | | | | | | |
| POSTPETITION SECURED DEBT | | | | | | | |
| POSTPETITION UNSECURED DEBT | | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | | |
| **TRADE ACCOUNTS PAYABLE & OTHER:** (list separately) | | | | | | | |
| Natalie Henley | 8/31/10 | 8/31/10 | 5,681.00 | 5,681.00 | | | |
| Joe Keane | 8/31/10 | 8/31/10 | 6,541.67 | 6,541.67 | | | |
| Tom Davenport | 8/31/10 | 8/31/10 | 6,541.67 | 6,541.67 | | | |
| White & Reasor (Note 1) | Jan-Mar 10 | 8/31/10 | 1,127.41 | 445.01 | 682.41 | | |
| Carr Riggs (Note 1) | 8/31/10 | 8/31/10 | 4,000.00 | 3,000.00 | 4,000.00 | | |
| **TOTALS** | | | $23,891.75 | $19,209.34 | 4,682.41 | | |

NOTE: Total postpetition liabilities shown here must agree with the same item as shown on Form OPR-2 of this report.

STATEMENT OF INCOME (LOSS)

FORM OPR-5
REV 10/2004

CASE NAME: Care Foundation Lessor/LLC

CASE NUMBER: 08-12369

MONTH ENDED: August 31, 2010

| | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH AUG |
|---|---|---|---|---|---|---|---|
| NET REVENUE (INCOME) | 7,277,069.86 | 9,240.43 | 8,354.10 | 4,445.18 | 11,023.67 | 7,557.58 | 7,526.42 |
| COST OF GOODS SOLD | | | | | | | |
| Materials | | | | | | | |
| Labor – Direct | | | | | | | |
| Manufacturing Overhead | | | | | | | |
| TOTAL COST OF GOODS SOLD | | | | | | | |
| GROSS PROFIT | | | | | | | |
| OPERATING EXPENSES | | | | | | | |
| General and Administrative | 94,839.43 | 4,015,793.39 | 16,212.79 | 17,070.86 | 47,186.65 | 21,519.77 | 42,180.32 |
| Selling and Marketing | | | | | | | |
| Other: | | | | | | | |
| TOTAL OPERATING EXPENSES | | | | | | | |
| INCOME BEFORE INTEREST, DEPRECIATION, TAXES OR EXTRAORDINARY EXPENSES | | | | | | | |
| INTEREST EXPENSE | 38,045.91 | | | | | | |
| DEPRECIATION | 208,856.43 | | | | | | |
| INCOME TAX EXPENSE (BENEFIT) | | | | | | | |
| EXTRAORDINARY INCOME (EXPENSE)* | | | | | | | |
| NET INCOME (LOSS) | 6,935,328.09 | (4,006,552.96) | (7,858.69) | (12,625.68) | (36,162.98) | (13,962.19) | (34,653.90) |

*Requires Footnote

CASE NAME: Care Foundation of America, Inc.

CASE NUMBER: 08-12367

MONTH ENDED: August 31, 2010

REV 10/2004

Note 1: This Debtor is the sole member of the following affiliated Debtors. Debtor values its LLC interests in these Debtors as follows:

| | FILING DATE | MONTH Jan 09 | MONTH Feb-Jan 10 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| Royal Oak | 12/31/08 8,068,744 | 8,068,744 | 8,068,744 | | | | |
| Cypress Cove | 15,043,202 | 15,043,202 | 15,043,202 | | | | |
| Heather Hill | 3,011,859 | 3,011,859 | 3,011,859 | | | | |
| Bear Creek | 14,369,782 | 14,369,782 | 14,369,782 | | | | |
| Brooksville | 13,637,608 | 13,637,608 | 13,637,608 | | | | |
| Total | $54,128,195 | $54,128,195 | $54,128,195 | | | | |

Note 1: Amounts listed are appropriately split among Care Foundation of America, Inc., and related LLC Debtors.